

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2023

No. 04-22-00871-CR

Sean Michael **FOXX**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8672A
Honorable Mary Roman, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on February 22, 2023.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2023.

_____
Michael A. Cruz, Clerk of Court